AO 91 (Rev 8/01) Criminal Complaint    Case 7:19-cr-00628   Document 1   Filed on 03/25/19 in TXSD   Page 1 of 2  United States District Court
Southern District of Texas
FILED

MAR 2 5 2019

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** _____ DISTRICT OF _____ **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Edmundo Hinojosa III          **PRINCIPAL**
                    YOB:    1986

United States

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:

## M-19- 0676 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____**March 23, 2019**_____ in _____**Starr**_____ County, in the _____Southern_____ District of _____Texas_____ defendants(s) did,
(*Track Statutory Language of Offense*)

**knowing or in reckless disregard of the fact Sahaydi Stephanie Onofre-Fernandez, a citizen and national of Mexico, along with one (1) other undocumented alien, for a total of two (2), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,**

in violation of Title _____**8**_____ United States Code, Section(s) _____**1324(a)(1)(A)(ii)**_____ **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On March 23, 2019, Border Patrol Agents received sensor activations south of the Roma Ballpark in Roma, Texas. Subsequently, a Border Patrol Agent, who was operating cameras, observed three subjects emerge from dense brush and enter the park near the running track. This area is notorious for alien and narcotic smuggling due to its close proximity to the Rio Grande River.

The camera operator continued to monitor the three subjects and was able to determine that the group consisted of two females and one male. The three subjects ran to the parking lot of the park towards a Chevrolet sedan, which had the rear passenger door opened. The camera operator further observed one of the females enter the front passenger seat and the second female enter the rear passenger seat, as the male subject ran south from the location. The vehicle immediately began to depart the area at a high rate of speed.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:    [X] Yes    [ ] No

_approved by AUSA Frances E. Black on 3/25/2019._

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**Jon M. Chan          Senior Patrol Agent**
Printed Name of Complainant

**March 25, 2019** _____ 8:51 a m _____ at   **McAllen, Texas**
Date                                                  City and State

**Peter E. Ormsby** _____, **U. S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-19- 0676 -M

**RE:     Edmundo Hinojosa**

## CONTINUATION:

As the sedan was departing the park, a Border Patrol Agent operating an aerostat camera gained visual of the sedan.  The aerostat camera operator began to relay the sedans direction of travel to nearby agents.

Several Border Patrol Agents responded and located the sedan.  An agent observed the male driver and a younger female passenger as the sedan passed his location.  The agent followed the sedan and confirmed with the aerostat operator that it was the same sedan that had loaded with suspected undocumented aliens.  The agent activated his emergency equipment and the sedan responded by pulling off to the side of the road.  The sedan began to travel at a slow rate of speed as the two females exited the sedan while it was still in motion.  The agents quickly detained the two female subjects as the sedan departed the scene.

A responding agent proceeded to follow the sedan for a short distance until it came to a stop in front of a residence.  The agent immediately detained the driver, who was identified as Edmundo Hinojosa, a United States Citizen.

The two female subjects were determined to be illegally present in the United States.  All three subjects were placed under arrest and were transported to the Rio Grande City Border Patrol Station for processing.

**Principal Statement:**

Edmundo Hinojosa, United States Citizen, was advised of his Miranda Rights and refused to provide a sworn statement.

**Material Witness Statement:**

Sahaydi Stephanie Onofre-Fernandez, a citizen and national of Mexico, was advised of her Mirnada Rights and agreed to provide a sworn statement.

Onofre claimed she was charged $1,300 to be smuggled into the United States and has paid $300 up front. Onofre stated she illegally crossed the river with another female.  Onofre indicated that when they approached the vehicle, the driver instructed them to get in.  Onofre stated that driver was on a phone while he was driving.  Onofre acknowledge that the driver notice when a Border Patrol unit turned his emergency equipment on in an attempt to pull them over.  At that point, the driver instructed them to get off.  Onofre stated that she overheard a female voice telling the driver to get them off. Onofre explained that she and the other female, who was pregnant, were able to get off the vehicle while the vehicle was still moving.  Onofre claimed that they were almost run over by the driver.

Onofre identified Edmundo Hinojosa, through a photo lineup, as the driver of the vehicle she was being transported in.